IN THE CIRCUIT COURT OF HINDS COUNTY, MISSISSIPPI
FIRST JUDICIAL DISTRICT

DARRENLYNN WILLIAMS, THE
NATURAL MOTHER
TO MINOR K[redacted] S[redacted]

PLAINTIFF

VS. CIVIL ACTION NO.: 23-376

WALMART STORES, EAST LP
FACILITY (#903)
AND JOHN DOES 1-10

DEFENDANTS

---

COMPLAINT OF NEGLIGENCE

---

COMES NOW, Plaintiff, minor K[redacted] S[redacted], [hereinafter Plaintiff] by and through her undersigned counsel and Attorney at Law, Jarrod D. Mumford of THE JARROD MUMFORD LAW FIRM, PLLC., and files this her Complaint against the Defendants, Walmart Stores, East LP Facility #903 and John Does 1-10 [hereinafter known as Wal-Mart or Defendants]. In support thereof, Plaintiff would show unto this Honorable Court the following:

**I.PARTIES**

1. Plaintiff, Darrenlynn Williams, is an adult resident citizen of Hinds County, Mississippi, with a residence of 31475 Highway 18 Utica, Mississippi 39175. Darrenlynn is the natural mother of minor K[redacted] S[redacted], the injured party.
2. Defendants, Walmart, Inc., a Delaware limited partnership with its principal place of business in Arkansas. WalMart is qualified to do business in the State of Mississippi. Walmart may be served with process upon its registered agent, CT Corporation System, 645 Lakeland East Drive, Suite 101, Flowood, Mississippi 39232
3. Defendant, John Does 1-10 are other individuals, persons businesses, corporate persons or entities who may be liable for all or part of the acts and/or omissions committed resulting in the subject incident which involved and resulted in the cause of action alleged by the Plaintiff herein, from which Plaintiff may see recovery of damages.



EXHIBIT A

## II.JURISDICTION AND VENUE

4. Pursuant to Miss. Code Ann. § 9-9-21 (2020) County Court has original subject matter over all matters in equity and at law where the amount in controversy shall not exceed, exclusive of costs and interest the sum of Two Hundred Thousand ($200,000.00) dollars.
5. This Court has personal jurisdiction over all of the Defendants in the instantly suit who reside or may be found in the State of Mississippi, or who have qualified to do business in the State of Mississippi and have appointed a registered agent to accept service of process.
6. Pursuant to Miss Code Ann. § 11-11-3 (2020), venue is proper in the First District of the County Court of Hinds County, Mississippi in that a substantial event that caused the injury occurred in the First Judicial District of Hinds County, Mississippi.

## III.FACTS

7. Plaintiff adopts by reference the forgoing paragraphs.
8. At all times herein, the Defendant, owned and maintained Walmart in the city of Jackson, Hinds County, Mississippi. Upon information and belief, at all times mentioned herein, Walmart operated a general merchandise store.
9. At all relevant time, K[redacted] S[redacted] was a lawful customer on the premises as an invitee and was in compliance with the laws of State of Mississippi.
10. Per the CUSTOMER INCIDENT REPORT, see [Exhibit A], as the plaintiff and her mother were standing near the school supply aisle, speaking with a Walmart sales associate-Jasmine Course. Then suddenly and without provocation, the Walmart locator sign suddenly fell and hit the plaintiff in her head. Yolanda Cusdinberry, Walmart employee, drafted and signed Customer Incident Report.
11. The alleged locator sign was not hanging in the manner, to which, the plaintiff knew or should have known that the sign had a potential to fall down. Nor did the Plaintiff interact with the sign to make it come down.
12. Since the locator sign hit the plaintiff, the plaintiff has suffered and will continue to suffer physical pain, physical agony and loss in enjoyment of life.

13. As a result of the Defendant's omissions and negligence, the Plaintiff as sustained both economic as well as no-economic damages.

## IV.NEGLIGENCE

14. Plaintiff re-alleges and incorporates herein the foregoing allegations of this Complaint as it she set forth herein.
15. At the time of this incident, the Defendant possessed a duty of ordinary care to maintain a proper managed facility. Defendant was negligent in failed to posses and exercise its ordinary duty to care to effectively, efficiently, and properly determine of the faculty is safe manner for invitees to shop. It is clear that Defendant breached its duties and was negligent in failing to do what a reasonable, prudent business/ store owner would have done under these circumstances. There acts and/or omissions constitute common law negligence and negligence per se and were each proximate cause of the occurrence in question. Further, the Defendants' acts and or omissions caused the Plaintiff's damages.
16. As a direct and proximate result of the inactions and/or actions of the Defendants' agents or employees, Plaintiff has suffered and incurred severe personal injuries, medical expenses, mental anguish, pain, and suffering.

### A. LOCATOR SIGN FALLING

17. Plaintiff re-alleges and incorporates herein the foregoing allegations of this Complaint as it she set forth herein.
18. At all relevant times, Defendant owed a duty to the Plaintiff:
    a. To inspect the premises, and
    b. To make the premises safe.
19. To this end, Defendant failed to inspect the premises for items that hang from the store. There should be daily, weekly, month or yearly inspection of hanging items to ensure they are safe and secure.
20. Defendants further failed to make the premises safe failing to monitor locator signs that are located throughout the store. It's very reasonable that a sign, will eventually fall if it is not part of the maintenance plan.

21. Defendant failed to keep areas clean, dry or at the least monitored of these types of incidents.
22. As a result of the act(s) and /or omissions(s), Plaintiff has incurred economic and economic damages.

**V.PREMISES LIABILITY**

23. Plaintiff re-alleges and incorporates herein the foregoing allegations of this Complaint as it she set forth herein.
24. Defendant, failed to keep the subject premises in a reasonable safe conditioner failed to ward of a dangerous condition that either Defendant knew, or should have known, existed on the premises.
25. Further, Defendant negligence is proximately caused Plaintiff's injuries and damages.

**VI.DAMAGES**

26. Plaintiff re-alleges and incorporates herein the foregoing allegations of this Complaint as it she set forth herein.
27. As a result of the act(s) and/or omissions of the Defendants, Plaintiff seeks the recovery of any and all kinds of general, compensatory, economic, expectation, incidental, , past medicals, present medicals, pharmacy expenses, and any other type of damages incurred as a result of this incident, including but not limited to the following stipulation:

**VII.RIGHT TO AMEND PURSUANT TO MISS.R.CIV. P.15**

28. Pursuant to Rule 15 of the Mississippi Rules of Civil Procedure, Plaintiff reserves the right to name additional defendants should later facts establish that others are liable herein.

**WHEREFORE, PREMISES CONSIDERED**, the Plaintiff respectfully demands judgment of from and against the Defendant(s) in an amount $70,000.

**RESPECTFULLY SUBMITTED**, THIS, the 29th day of June, 2023

DARRENLYNN WILLIAMS, THE NATURAL MOTHER TO MINOR K[redacted] S[redacted] | PLAINTIFF

THE JARROD MUMFORD LAW FIRM, PLLC
BY: /S/ Jarrod D. Mumford
JARROD D. MUMFORD (MSB#105268)

THE JARROD MUMFORD LAW FIRM
736 N. CONGRESS STREET
JACKSON, MISSISSIPPI 39202
OFFICE: 601.281.8686
DIRECT: 601.573.7763
EMAIL:JARROD@THEJARRODMUMFORDLAWFIRM.COM
WEB: WWW.JARRODMUMFORD.COM

## CERTIFICATE OF SERVICE

I, JARROD MUMFORD ESQ., hereby certify that on this day I electronically filed the foregoing pleading or other paper with the Clerk of the Court using the MEC system which sent notification of such filing to the following

CT corporation System
645 Lakeland Drive | Suite 101
Flowood, Mississippi 39232

THIS the 29th day of June 2023

/S/JARROD D. MUMFORD
JARROD D. MUMFORD

IN THE CIRCUIT COURT OF HINDS COUNTY, MISSISSIPPI
FIRST JUDICIAL DISTRICT

DARRENLYNN WILLIAMS, THE
NATURAL MOTHER
TO MINOR K[redacted] S[redacted] PLAINTIFF

VS. CIVIL ACTION NO.: 23-376

WALMART STORES FACILITY (#903)
AND JOHN DOES 1-10 DEFENDANTS

---

**JURY TRIAL REQUESTED**

---

PLAINTIFF ALONG WITH COUNSEL OF RECORD STATES JURY TRIAL REQUESTED IN THIS MATTER OF CLAIM

/S/JARROD D. MUMFORD
JARROD D. MUMFORD MSB#105268
THE JARROD D. MUMFORD LAW FIRM
736 N. CONGRESS STREET
JACKSON, MISSISSIPPI 39202
TEL 601.281.8686
DIRECT 601.573.7763
EMAIL: JARROD@THEJARRODMUMFORDLAWFIRM.COM
WEB: THEJARRODMUMFORDLAWFIRM.COM